UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROGELIA DE LEON LOPEZ and JUANA CASTILLO AVELAR,<br><br>*Petitioners*<br><br>v.<br><br>SCOTT LADWIG, in his official capacity as Acting Field Office Director of the New Orleans Field Office of U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations;<br><br>Warden, South Louisiana ICE Processing Center, in their official capacity;<br><br>TODD LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement;<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; and<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States,<br><br>*Respondents.* | Case No. _____ |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Olivia Post Rich for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of New York; and that her contact information is as follows:

    Applicant's Name:    Olivia Post Rich
    Firm Name:    Worker Justice Center of New York
    Address:    1187 Culver Road, Rochester, NY 14609

Telephone:            646-545-2211

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Petitioners in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Western District of Louisiana. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:   November 26, 2025

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**