UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ROGELIA DE LEON LOPEZ, ET AL**  **CIVIL DOCKET NO. 6:25-cv-01884**

**VERSUS**  **JUDGE DAVID C. JOSEPH**

**SCOTT LADWIG, ET AL**  **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## ORDER

The Court has been informed that Petitioner, Rogelia de Leon Lopez (hereinafter, "Petitioner") has been released from custody and paroled by Immigration and Customs Enforcement ("ICE") as reflected in Defendants' NOTICE REGARDING STATUS OF PETITIONER DE LEON LOPEZ. [Doc. 18]. The Court therefore finds that the remaining relief sought under the *Accardi* doctrine by Petitioner de Leon Lopez in her Petition for Writ of Habeas Corpus (the "Petition") [Doc. 1] is no longer available.

Accordingly,

IT IS HEREBY ORDERED that the show cause hearing previously set for Thursday, January 8, 2026, is CANCELLED.

IT IS FURTHER ORDERED that the remaining relief sought in the Petition for Writ of Habeas Corpus [Doc. 1] is DENIED AS MOOT and, accordingly, that the Petition is DISMISSED.

THUS, DONE AND SIGNED in Chambers on this 6th day of January 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE